IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDDIE BARNES, JR.                                                                                Plaintiff

v.                                              5:11CV00147 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                      Defendant

## JUDGMENT

For the reasons stated in the separate order filed this date, the decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for Disability Insurance benefits is hereby AFFIRMED. Judgment is hereby entered in favor of the Commissioner and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 6th day of June, 2012.

_____
James M. Moody
United States District Judge